8rder Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2056 | **DATE** | 6/16/2010 |
| **CASE TITLE** | Joseph Marrow vs City of Chicago | | |

**DOCKET ENTRY TEXT:**

Pretrial conference held. Response to motion for summary judgment is due by 7/9/2010. Defendants' reply is due by 7/23/2010. The Court grants motions in limine [70][71][74]. The Court denies in part motion [73]. Motions [81][82][83][84] are granted in part and denied in part. Pretrial conference continued to 8/24/2010, at 10:30 a.m. Trial is set for 9/28/2010, at 10:00 a.m.

[For further detail see separate order]
[Docketing to mail notice]

00:55

| | Courtroom Deputy | GDS |
|---|---|---|